IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **SIGNATURE FLOORING, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) Case No. 2:21-cv-2321 |
| **SHAW INDUSTRIES, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF REMOVAL

To:   The Honorable Judges for the United States District Court
    For the District of Kansas, and

    Clerk of the District Court of Johnson County, Kansas

COMES NOW defendant Shaw Industries, Inc., by and through its attorneys of record, Baker Sterchi Cowden & Rice, LLC, of Overland Park, Kansas, and pursuant to 28 U.S.C. §§1441 and 1446, removes this action from the District Court of Johnson County, Kansas, to the United States District Court for the District of Kansas.

As grounds for this removal, defendant states the following:

1.   This is an action in which the District Courts of the United States have been given original jurisdiction under the provisions of 28 U.S.C. §1332, in that diversity of citizenship exists between plaintiff and defendants, and the amount in controversy, based upon plaintiff's Petition and upon information and belief, exceeds the sum of Seventy-Five Thousand Dollars ($75,000) exclusive of interests and costs.

2.   On June 23, 2021, Plaintiff Signature Flooring, Inc. filed a Petition in the District Court of Johnson County, Kansas, captioned *Signature Flooring, Inc v. Shaw Industries, Inc.*, Case No. 21CV02773 (the "State Court Action").

3. Shaw Industries, Inc. was served in the State Court Action on June 25, 2021. This Notice is filed within 30 days after service upon the defendant.

4. Thirty (30) days have not expired since any defendant received copies of the initial pleading setting forth plaintiff's claims for relief as the defendant Shaw Industries, Inc., was served on June 25, 2021.

5. Based on the Petition filed by plaintiff, defendant reasonably believes and states that plaintiff is now, and was at the time of the commencement of this action, a Kansas corporation with its principal place of business in the State of Kansas. See Petition, Exhibit A.¶ 1.

6. Defendant Shaw Industries, Inc. is now and was at the time of the commencement of this action, a corporation incorporated in the state of Georgia with its principal place of business in Dalton, Georgia.

7. The amount in controversy regarding plaintiff's claims for damages is specifically pled in plaintiff's Petition as being an amount in excess of $75,000 (exclusive of interest and costs). Therefore, the amount in controversy requirement of 28 U.S.C. § 1332(a) is satisfied. See Petition, Exhibit A p. 8.

8. The United States District Court for the District of Kansas is the appropriate court for filing a Notice of Removal from the District Court of Johnson County, Kansas, where the action is pending. Accordingly, defendant Shaw Industries, Inc., seeks to remove this action to the United States District Court for the District of Kansas.

9. Pursuant to 28 U.S.C. §1446(a), copies of all pleadings, process and orders served upon this defendant in this action are attached hereto and marked as Exhibit A.

10. Pursuant to 28 U.S.C. §1446(d), defendant Shaw Industries, Inc., has served a copy of this Notice of Removal upon all adverse parties contemporaneously with the filing of this Notice of Removal.

11. Pursuant to 28 U.S.C. §1446(d), defendant Shaw Industries, Inc., has served a copy of this Notice of Removal on the Clerk of the District Court of Johnson County, Kansas.

12. Pursuant to U.S.C. §1411(a), defendant Shaw Industries, Inc., hereby demands a trial by jury on all issues so triable.

WHEREFORE, defendant Shaw Industries, Inc., removes this action from the District Court of Johnson County, Kansas, to the United States District Court for the District of Kansas.

BAKER STERCHI COWDEN & RICE, LLC

*/s/ Hal D. Meltzer*
Hal D. Meltzer          KS #10121
Megan Sterchi Lammert   KS #27161
51 Corporate Woods
9393 West 110th Street, Suite 500
Overland Park, KS 66210
Telephone: (913) 451-6752
Facsimile:   (816) 472-0288
meltzer@bscr-law.com
msterchi@bscr-law.com
ATTORNEYS FOR DEFENDANT
SHAW INDUSTRIES, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 23rd day of July, 2021, a true and correct copy of the foregoing document was sent electronically and/or mailed to the following:

Lee B. Brumitt
Benjamin J. Stringer
Dysart Taylor Cotter McMonigle & Brumitt, P.C.
4420 Madison Ave., Suite 200
Kansas City, MO 64111
ATTORNEYS FOR PLAINTIFF

*/s/ Hal D. Meltzer*